**FOX ROTHSCHILD LLP**
Corinne McCann Trainor, Esquire
Jacob S. Perskie, Esquire
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ  08648-2311
Phone (609) 896-3600; Fax (609) 896-1469
Email: ctrainor@foxrothschild.com
Email: jperskie@foxrothschild.com
*Attorneys for Plaintiff and*
*Counterclaim Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| M. COHEN AND SONS, INC. | Case No. 3:20-cv-02149-ZNQ-RLS |
| Plaintiff/Counterclaim Defendants, | |
| v. | **PLAINTIFF'S RULE 7.1.1 DISCLOSURE STATEMENT** |
| PLATTE RIVER INSURANCE COMPANY, | |
| Defendant/Counterclaim Plaintiff, | |
| v. | |
| ALLEN COHEN, et al., | |
| Counterclaim Defendants. | |

Pursuant to Local Rule Civil Rule 7.1.1, Plaintiff M. Cohen and Sons, Inc. ("MCS" or "Plaintiff") submits the following statement:

**1.     The identity of the funder(s), including the name, address, and if a legal entity, its place of formation:**

> Bench Walk 23R, L.P.
> 123 Lustison Street
> 7th Floor
> Wilmington, DE 19801

Bench Walk 23R, L.P. ("Bench Walk") is a Delaware limited partnership.

**2.     Whether the funders' approval is necessary for litigation decisions or settlement decisions in the action and if the answer is in the affirmative, the nature of the**

terms and conditions relating to that approval:

Bench Walk's approval is not necessary for litigation decisions or settlement decisions, and it has no authority to make litigation or settlement decisions.

**3.** **A brief description of the nature of the financial interest:**

On or about October 25, 2023, Bench Walk agreed, effective September 30, 2023, to provide non-recourse funding to M. Cohen and Sons, Inc. and has a contractual entitlement to a portion of the litigation proceeds, if any.

**FOX ROTHSCHILD LLP**

Dated:  October 30, 2023            By:   */s/ Corinne McCann Trainor*
                                            Corinne McCann Trainor, Esquire
                                            Princeton Pike Corporate Center
                                            997 Lenox Drive
                                            Lawrenceville, NJ  08648-2311
                                            Phone (609) 896-3600; Fax (609) 896-1469
                                            Email:  ctrainor@foxrothschild.com
                                            *Attorneys for Plaintiff/Counterclaim Defendants*