# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **M. COHEN AND SONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **PLATTE RIVER INSURANCE COMPANY**, <br><br> Defendant, <br><br> **ALLEN COHEN,** *et al.*, <br><br> Counterclaim Defendants. | Civil Action No. 20-2149 (ZNQ) (RLS) <br><br> **ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Report and Recommendation that granted Defendant/Counterclaim-Plaintiff Platte River Insurance Company's ("Platte River") Motion to Strike ("Motion to Strike," ECF No. 268) and recommended striking a portion of the Nineteenth Affirmative Defense asserting fraud. (ECF No. 295.) For the reasons set forth in the accompanying Opinion,

**IT IS** on this **7th** day of **July 2025**,

**ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 295) is hereby **ADOPTED** in full; and it is further

**ORDERED** that the Nineteenth Affirmative Defense is hereby **DISMISSED** and leave to amend is hereby **DENIED**.

s/ Zahid N. Quraishi<br>
**ZAHID N. QURAISHI**<br>
**UNITED STATES DISTRICT JUDGE**