CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

STEPHEN A. WIEDER
Counsel

swieder@csglaw.com

O  973.530.2155            F  973.530.2355

November 25, 2025

**BY ECF**

Hon. Jose L. Linares, U.S.D.J. (Ret.)
Special Master
McCarter & English, LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ  07102

  Re: **M. Cohen and Sons, Inc. v. Platte River Insurance Company, et al., Civil Action 3:20-cv-02149 (ZHQ) (RLS)**

Dear Judge Linares:

  We represent Platte River Insurance Company in the above-referenced action. As the parties advised Your Honor at the oral argument on November 3, the only fact depositions that remain to be taken are the parties' respective Rule 30(b)(6) depositions. We have consulted with counsel for MCS and the Additional Counterclaim Defendants, and jointly propose, subject to Your Honor's approval, the following schedule:

  **December 5, 2025:** The parties will serve revised[1] Rule 30(b)(6) notices.

  **December 15, 2025:** The parties will serve written responses and objections to the revised Rule 30(b)(6) notices.

  **December 19, 2025:** The parties will meet and confer to resolve any objections to their respective Rule 30(b)(6) notices.

  **January 29, 2026:** If the parties can resolve any objections that may be raised, they will schedule the Rule 30(b)(6) depositions to complete the depositions by this date.

  If the parties are unable to resolve their objections through the meet and confer process, they will submit their respective positions, in writing, to the Special Master by January 8, 2026, and will be guided by the Special Master concerning any further proceedings regarding the disputes and will then schedule the depositions as soon as practicable after the Special Discovery Master resolves those disputes.

---

[1] The parties served their original Rule 30(b)(6) notices when they scheduled all other fact depositions and agreed to revisit the scope of the noticed topics after those other depositions were taken and the various discovery disputes that were brought to the Court's attention were resolved.

Hon. Jose L. Linares, U.S.D.J. (Ret.)
November 25, 2025
Page 2

    If the proposed schedule is acceptable to Your Honor, we respectfully request that it be "So Ordered" as provided for below.

    We thank the Court for its consideration and continued attention to this matter.

    Respectfully submitted,

    /s/ Stephen A. Wieder

    Stephen A. Wieder

cc: All Counsel of Record (by ECF)

    SO ORDERED on this ___ day of _____, 2025.

    _____
    Hon. Jose L. Linares, U.S.D.J. (Ret.)