**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ZAHID N. QURAISHI**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**402 EAST STATE STREET, ROOM 4000**<br>**TRENTON, NJ 08608** |

December 17, 2025

## LETTER ORDER

Re: **M. Cohen and Sons, Inc. v. Platte River Ins. Co. v. Allen Cohen,** *et al.*
**Civil Action No. 20-2149 (ZNQ) (RLS)**

Dear Parties:

This matter comes before the Court upon a Report and Recommendation ("Recommendation," ECF No. 412) filed by the Honorable Jose L. Linares, U.S.D.J. (Ret.), Special Master, recommending that the undersigned deny the Motion for Leave to File a Third Amended Complaint (the "Motion") filed by Plaintiff M. Cohen & Sons, Inc. ("MCS") (ECF No. 312). Defendant/Counterclaimant Platte River Insurance Company ("Platte River") filed opposition to the Motion (ECF No. 337), MCS filed a reply (ECF No. 349), and Platte River filed a sur-reply (ECF No. 364).

The Motion was referred to the Special Master for determination (ECF No. 410) and argument was held on November 3, 2025. No party filed an objection to the Recommendation by December 1, 2025. Fed. R. Civ. P. 53(f)(2). (*See also* ECF No. 412 ("Objections, if any, [are] due by 12/1/2025.")).

The Court has considered the submissions of the parties (ECF Nos. 312, 337, 349, 364). The Court has reviewed *de novo* Special Master Linares's subsequent Recommendation and finds no error in his concise and well-reasoned Recommendation. No objections have been filed thereto. Accordingly, for the same reasons stated in the Recommendation,

**IT IS** on this **17th** day of **December 2025**,

**ORDERED** that the Court hereby **ADOPTS** the Report and Recommendation (ECF No. 412) in its entirety; and it is further

**ORDERED** that the Motion for Leave to File a Third Amended Complaint (ECF No. 312) is hereby **DENIED**.

**IT IS SO ORDERED.**

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**